UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| CONNIE L. HACKER, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 6:18-CV-334-CHB-HAI |
| v. | ) ) | ORDER |
| AETNA LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendants. | ) ) ) | |

*** *** *** ***

The Court, having been advised that the parties have settled this matter (D.E. 39), **HEREBY ORDERS THAT** Plaintiff's Motion to Compel (D.E. 27) is **DENIED** as moot.

This the 18th day of October, 2019.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge