IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| CONNIE L. HACKER,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 6:18-CV-00334-REW-HAI |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, Connie L. Hacker ("Plaintiff"), and Defendant Aetna Life Insurance Company ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this _____ day of October, 2019.

| LAW OFFICES OF TIMOTHY E. GEERTZ, PLLC | MAYNARD, COOPER & GALE, P.C. |
|---|---|
| By: /s/ *Timothy E. Geertz*<br>Timothy E. Geertz<br>2333 Alexandria Drive<br>Lexington, Kentucky 40504<br><br>Attorney for Plaintiff | By: *William B. Wahlheim, Jr.*<br>William B. Wahlheim, Jr. (phv)<br>2400 Regions/Harbert Plaza<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, AL 35203-2618<br><br>Richard D. Porotsky, Jr.<br>DINSMORE & SHOHL LLP<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati, Ohio 45202 |